UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:  Tucker, Trevor R.
Marlo Makeba Tucker

Case No.: 18-20622 (JKS)

Chapter: 7

Judge: John K. Sherwood

## NOTICE OF PROPOSED ABANDONMENT

Charles M. Forman, Chapter 7 Trustee in this case, proposes to abandon Property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

> Address of the Clerk:
> James J. Waldron
> United States Bankruptcy Court
> MLK Jr. Federal Building
> 50 Walnut Street
> Newark, NJ 07102

If an objection is filed, a hearing will be held before the Honorable John K. Sherwood on August 14, 2018 at 10:00 a.m. at the United States Bankruptcy Court, Courtroom no. 3D. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

> Description and value of property:
>
> Real property located at 521 River Road, Rahway, NJ, having a fair market value of $270,204.00.

> Liens on property:
>
> PNC Mortgage
> $251,629.00

> Amount of equity claimed as exempt: None claimed

Objections must be served on, and requests for additional information directed to:

Name:  Charles M. Forman, Trustee
Address:  Forman Holt, 66 Route 17 North, Paramus, NJ 07652
Telephone No.:  201-845-1000

F0025621 - 1

```
                         United States Bankruptcy Court
                              District of New Jersey

In re:                                                      Case No. 18-20622-JKS
Trevor R Tucker                                             Chapter 7
Marlo Makeba Tucker
      Debtors                    CERTIFICATE OF NOTICE
District/off: 0312-2          User: admin                Page 1 of 2                 Date Rcvd: Jul 13, 2018
                              Form ID: pdf905            Total Noticed: 42


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 15, 2018.
db/jdb         +Trevor R Tucker,    Marlo Makeba Tucker,    521 River Rd,    Rahway, NJ 07065-3523
517552779      +AMEX,   P.O. BOX 981537,    EL PASO, TX 79998-1537
517552780      +BARCLAYS BANK DELAWARE,    P.O. BOX 8803,    WILMINGTON, DE 19899-8803
517552782      +CAP1/CASML,   26525 N RIVERWOODS BLVD,    METTAWA, IL 60045-3440
517552783      +CAP1/DBARN,   PO BOX 30253,    SALT LAKE CITY, UT 84130-0253
517552784      +CAP1/L&T,   PO BOX 30253,    SALT LAKE CITY, UT 84130-0253
517552793      +CHASE CARD,   PO BOX 15298,    WILMINGTON, DE 19850-5298
517552794      +CITI,   PO BOX 6241,    SIOUX FALLS, SD 57117-6241
517552795      +DSNB MACYS,   PO BOX 8218,    MASON, OH 45040-8218
517552799      +PNC MORTGAGE,    PO BOX 8703,    DAYTON, OH 45401-8703
517552800      +SEARS/CBNA,   PO BOX 6282,    SIOUX FALLS, SD 57117-6282
517552801      +SEARS/CBNA,   PO BOX 6189,    SIOUX FALLS, SD 57117-6189
517552802      +SST/SYNOVUS,    PO BOX 3997,    SAINT JOSEPH, MO 64503-0997
517552822      +TD BANK USA/TARGETCRED,    PO BOX 673,    MINNEAPOLIS, MN 55440-0673
517552823      +THD/CBNA,   PO BOX 6497,    SIOUX FALLS, SD 57117-6497

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jul 13 2018 23:35:52     U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 13 2018 23:35:47     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
cr             +E-mail/PDF: acg.acg.ebn@americaninfosource.com Jul 13 2018 23:38:32
                 AIS Portfolio Services LP,    4515 N Santa Fe Ave., Dept APS,   Oklahoma City, OK 73118-7901
cr             +E-mail/PDF: gecsedi@recoverycorp.com Jul 13 2018 23:38:57
                 Synchrony Bank, c/o PRA Recievables Management, LL,    POB 41021,   Norfolk, VA 23541-1021
517552790      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 13 2018 23:38:30     CAPITAL ONE,
                 PO BOX 26625,   RICHMOND, VA 23261-6625
517552791      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 13 2018 23:38:52     CAPITAL ONE,
                 PO BOX 30253,   SALT LAKE CITY, UT 84130-0253
517552785       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 13 2018 23:38:09     CAPITAL ONE,
                 15000 CAPITAL ONE DR,    RICHMOND, VA 23238
517552792      +E-mail/PDF: AIS.COAF.EBN@Americaninfosource.com Jul 13 2018 23:38:57     CAPITAL ONE AUTO FINAN,
                 3901 DALLAS PKWY,   PLANO, TX 75093-7864
517571093      +E-mail/PDF: acg.acg.ebn@americaninfosource.com Jul 13 2018 23:38:11
                 Capital One Auto Finance, a division of Capital On,    AIS Portfolio Services, LP,
                 4515 N Santa Fe Ave. Dept. APS,    Oklahoma City, OK 73118-7901
517552797      +E-mail/Text: bnckohlsnotices@becket-lee.com Jul 13 2018 23:35:07     KOHLS/CAPONE,
                 N56 W 17000 RIDGEWOOD DR,    MENOMONEE FALLS, WI 53051-7096
517552803      +E-mail/PDF: gecsedi@recoverycorp.com Jul 13 2018 23:38:13     SYNCB/6TH AVE ELECTRNC,
                 C/O PO BOX 965036,   ORLANDO, FL 32896-0001
517552804      +E-mail/PDF: gecsedi@recoverycorp.com Jul 13 2018 23:38:57     SYNCB/AMAZON,    PO BOX 965015,
                 ORLANDO, FL 32896-5015
517552806      +E-mail/PDF: gecsedi@recoverycorp.com Jul 13 2018 23:38:07     SYNCB/CARE CREDIT,
                 PO BOX 965036,   ORLANDO, FL 32896-5036
517552805      +E-mail/PDF: gecsedi@recoverycorp.com Jul 13 2018 23:38:35     SYNCB/CARE CREDIT,
                 950 FORRER BLVD,   KETTERING, OH 45420-1469
517552807      +E-mail/PDF: gecsedi@recoverycorp.com Jul 13 2018 23:38:14     SYNCB/JC PENNEY DC,
                 PO BOX 965007,   ORLANDO, FL 32896-5007
517552808      +E-mail/PDF: gecsedi@recoverycorp.com Jul 13 2018 23:38:07     SYNCB/JCP,   PO BOX 965007,
                 ORLANDO, FL 32896-5007
517552810      +E-mail/PDF: gecsedi@recoverycorp.com Jul 13 2018 23:38:13     SYNCB/LOWES,    PO BOX 965005,
                 ORLANDO, FL 32896-5005
517552812      +E-mail/PDF: gecsedi@recoverycorp.com Jul 13 2018 23:38:28     SYNCB/LOWES DC,    PO BOX 965005,
                 ORLANDO, FL 32896-5005
517552813      +E-mail/PDF: gecsedi@recoverycorp.com Jul 13 2018 23:38:29     SYNCB/OLD NAVY,    PO BOX 965005,
                 ORLANDO, FL 32896-5005
517552814      +E-mail/PDF: gecsedi@recoverycorp.com Jul 13 2018 23:38:36     SYNCB/PC RICHARD,    PO BOX 965036,
                 ORLANDO, FL 32896-5036
517552815      +E-mail/PDF: gecsedi@recoverycorp.com Jul 13 2018 23:38:07     SYNCB/PC RICHARD,
                 C/O PO BOX 965036,   ORLANDO, FL 32896-0001
517552817      +E-mail/PDF: gecsedi@recoverycorp.com Jul 13 2018 23:38:07     SYNCB/TJX COS DC,    PO BOX 965015,
                 ORLANDO, FL 32896-5015
517552819      +E-mail/PDF: gecsedi@recoverycorp.com Jul 13 2018 23:38:07     SYNCB/ULTRA JEWELERS,
                 C/O PO BOX 965036,   ORLANDO, FL 32896-0001
517552820      +E-mail/PDF: gecsedi@recoverycorp.com Jul 13 2018 23:38:57     SYNCB/WALMART,    PO BOX 965024,
                 ORLANDO, FL 32896-5024
517554018      +E-mail/PDF: gecsedi@recoverycorp.com Jul 13 2018 23:38:57     Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
517552821       E-mail/Text: bankruptcy@td.com Jul 13 2018 23:35:56     TD BANK N.A.,    70 GRAY RD,
                 PORTLAND, ME 04105
517552825      +E-mail/Text: bnc-bluestem@quantum3group.com Jul 13 2018 23:36:40     WEBBANK/FINGERHUT,
                 6250 RIDGEWOOD RD,   SAINT CLOUD, MN 56303-0820
```

```
District/off: 0312-2          User: admin             Page 2 of 2              Date Rcvd: Jul 13, 2018
                              Form ID: pdf905         Total Noticed: 42
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
                                                                                        TOTAL: 27

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517552781*       +BARCLAYS BANK DELAWARE,    P.O. BOX 8803,    WILMINGTON, DE 19899-8803
517552786*      ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
                 (address filed with court: CAPITAL ONE,     15000 CAPITAL ONE DR,    RICHMOND, VA 23238)
517552787*      ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
                 (address filed with court: CAPITAL ONE,     15000 CAPITAL ONE DR,    RICHMOND, VA 23238)
517552788*      ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
                 (address filed with court: CAPITAL ONE,     15000 CAPITAL ONE DR,    RICHMOND, VA 23238)
517552789*      ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
                 (address filed with court: CAPITAL ONE,     15000 CAPITAL ONE DR,    RICHMOND, VA 23238)
517552796*       +DSNB MACYS,    PO BOX 8218,    MASON, OH 45040-8218
517552798*       +KOHLS/CAPONE,    N56 W 17000 RIDGEWOOD DR,    MENOMONEE FALLS, WI 53051-7096
517552809*       +SYNCB/JCP,   PO BOX 965007,    ORLANDO, FL 32896-5007
517552811*       +SYNCB/LOWES,    PO BOX 965005,    ORLANDO, FL 32896-5005
517552816*       +SYNCB/PC RICHARD,    C/O PO BOX 965036,    ORLANDO, FL 32896-0001
517552818*       +SYNCB/TJX COS DC,    PO BOX 965015,    ORLANDO, FL 32896-5015
517552824*       +THD/CBNA,    PO BOX 6497,    SIOUX FALLS, SD 57117-6497
                                                                                 TOTALS: 0, * 12, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 15, 2018                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 12, 2018 at the address(es) listed below:
```
              Charles M. Forman    cforman@formanlaw.com,    lcapasso@formanlaw.com;cforman@iq7technology.com
              Charles M. Forman    on behalf of Trustee Charles M. Forman cforman@formanlaw.com,
               lcapasso@formanlaw.com;cforman@iq7technology.com
              Kevin Gordon McDonald    on behalf of Creditor    PNC Bank, National Association
               kmcdonald@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Russell L. Low    on behalf of Joint Debtor Marlo Makeba Tucker rbear611@aol.com,
               ecf@lowbankruptcy.com;r57808@notify.bestcase.com
              Russell L. Low    on behalf of Debtor Trevor R Tucker rbear611@aol.com,
               ecf@lowbankruptcy.com;r57808@notify.bestcase.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                         TOTAL: 6
```