Form 177 – fnldec

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                    Case No.: 18−20622−JKS
                    Chapter: 7
                    Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Trevor R Tucker                                      Marlo Makeba Tucker
   521 River Rd                                             521 River Rd
   Rahway, NJ 07065                               Rahway, NJ 07065
Social Security No.:
   xxx−xx−0937                                             xxx−xx−6840
Employer's Tax I.D. No.:

**FINAL DECREE**

    The estate of the above named debtor(s) has been fully administered.

    If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

    ORDERED that Charles M. Forman is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.


Dated: <u>August 28, 2018</u>           <u>John K. Sherwood</u>
                                        Judge, United States Bankruptcy Court